EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2026 TSPR 80 |
| Lázaro Duprey Ojeda | 218 DPR ___ |

Número del Caso:  TS-18,348

Fecha:  31 de julio de 2026

Representante legal del peticionario:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

```
                EN EL TRIBUNAL SUPREMO DE PUERTO RICO
                         SALA DE VERANO I
```

Ex Parte:

                                        TS-18,348

Lázaro Duprey Ojeda

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2026.

Atendida la *Solicitud de Readmisión y Reactivación al Ejercicio de la Abogacía* presentada el 22 de julio de 2026 por el Sr. Lázaro Duprey Ojeda, se provee Ha Lugar.

Se instruye a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena al licenciado Duprey Ojeda actualizar su información de contacto en el RUA.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo